UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

BRANDON BOYLE,

                  Defendant.

23-CR-202 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

As stated at today's conference, another conference shall be held on **June 29, 2023, at 4:30 p.m.**

In order to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **April 18, 2023,** until **June 29, 2023,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: April 18, 2023
       New York, New York

_____
John G. Koeltl
United States District Judge