```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

UNITED STATES OF AMERICA

    - against -

BRANDON BOYLE,

              Defendant.

23-cr-202 (JGK)

ORDER

―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    As discussed during today's conference, the Government shall make additional discovery by **July 21, 2023.** Defense motions are due **September 15, 2023.** The Government may respond by **September 29, 2023.** The defense may reply by **October 6, 2023.**

    The parties are directed to appear for another conference on **October 16, 2023, at 4 p.m.**

    The Government shall produce Rule 404(b) evidence by **November 10, 2023.** Motions in limine, requests to charge, and voir dire are due **November 17, 2023.** Responses and objections are due **December 1, 2023.**

    The final pre-trial conference is scheduled for **January 18, 2024, at 4 p.m.** Trial is scheduled for **January 29, 2024, at 9 a.m.**

    In order to allow the Government to complete discovery, the defense to make motions, and the Court to decide any such motions, the Court prospectively excludes the time from today, **July 6, 2023,** until **January 29, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the defendant and the

public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:** New York, New York
July 6, 2023

_____
John G. Koeltl
United States District Judge