

SULLIVAN|BRILL
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

January 8, 2024

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Brandon Boyle**
Dkt.# 23 Cr. 202 (JGK)

Dear Judge Koeltl:

I am respectfully requesting permission from the Court that Mr. Boyle travel to Perryville, Maryland for a family trip with his children from January 12-15, 2024. The government defers to PTS, and PTS has no objection.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill

**APPLICATION GRANTED**
**SO ORDERED**
John G. Koeltl, U.S.D.J.
1/10/24