

**SULLIVAN|BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 7, 2024

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Brandon Boyle**
Dkt.# 23 Cr. 202 (JGK)

Dear Judge Koeltl:

    With the consent of the government and Pre Trial-Services, I am respectfully requesting permission from the Court that Mr. Boyle to visit his brother, who is incarcerated at Five Points Correctional Facility in Romulus, New York. He requests permission to make this day trip once per month.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

2/14/24.