

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

February 23, 2024

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Brandon Boyle**
**Dkt.# 23 Cr. 202 (JGK)**

Dear Judge Koeltl:

    With the consent of Pre Trial-Services, I am respectfully requesting permission from the Court that Mr. Boyle be permitted to travel to Miami from March 1-3, 2024.

    The government defers to Pre-Trial Services.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill

APPLICATION GRANTED
SO ORDERED

2/23/24

John G. Koeltl, U.S.D.J.