

**SULLIVAN | BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

March 20, 2024

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

3/22/24      John G. Koeltl, U.S.D.J.

Re: **United States v. Brandon Boyle**
Ind. # 23 Cr. 202 (JGK)

Dear Judge Koeltl:

I am CJA counsel for Mr. Boyle. Your Honor sentenced Mr. Boyle today to a term of two years of probation. As part of his original bail conditions, Mr. Boyle surrendered his U.S. Passport. Now that his case is resolved, I am respectfully requesting that Your Honor remove this condition and authorize Pre-Trial Services to release his Passport to him.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill