

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

May 15, 2024

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.

5/17/24

Re: **United States v. Brandon Boyle**
**Dkt.# 23 Cr. 202 (JGK)**

Dear Judge Koeltl:

Your Honor sentenced Mr. Boyle on March 20, 2024, to a 2-year term of probation and restitution. Mr. Boyle respectfully seeks the Court's permission to travel to South Carolina to visit family from May 25-29 of 2024. I am told, however, that Probation has denied that request because of Mr. Boyle's lack of employment. Notably, up until March 31, 2024, Mr. Boyle was working full-time for the maintenance department at Columbia University. However, this was a temporary position, and he is now applying to make it permanent.

Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill