

August 14, 2024

**Via ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Application **granted**. The defendant should provide a full itinerary to the Probation Department with detailed contact information.
>
> <u>SO</u> ORDERED.
>
> Dated August 15, 2024      /s/ John G. Koeltl
> New York, New York         John G. Koeltl, U.S.D.J.

**Re: <u>United States v. Brandon Boyle</u>**
**Dkt.# 23 Cr. 202 (JGK)**

Dear Judge Koeltl:

    Your Honor sentenced Mr. Boyle on March 20, 2024, to a 2-year term of probation and restitution. To my knowledge, Mr. Boyle has been fully compliant. Mr. Boyle respectfully seeks the Court's permission to travel to Florida from September 9th to the 20th. The purpose of the trip is for him and his son to accompany his fiancé (his son's mother) while she trains for a new job. I have attempted to seek Probation's position, but Mr. Boyle does not have a specific probation officer, instead, he reports remotely.

    Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Mr. Boyle

By: Steven Brill