

**SULLIVAN|BRILL**
TRIAL LAWYERS

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

April 16, 2025

**Via ECF**
Honorable John Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Brandon Boyle**
Dkt.# 23 Cr. 202 (JGK)

Dear Judge Koeltl:

Mr. Boyle is half-way through his sentence of a 2-year term of probation. Thus far, he has been in full compliance with all of Probation's terms and conditions. Also, Mr. Boyle is up to date with his restitution payments.

In January, Mr. Boyle was hired by a professional musician to serve as road manager. By the nature of his job, Mr. Boyle travels with the tour and handles a variety of issues for his employer. The tour is scheduled to travel to the Caribbean in near future and Mr. Boyle is seeking permission to make the trip. Specifically, Mr. Boyle seeks permission to travel to the Bahamas from April 19-21, Barbados from April 26-27, and to St. Thomas from April 27-29. I am told that his Probation Officer has no objection to this request or this itinerary.

I apologize for this short notice, but Mr. Boyle was asked to fill in for another road manager. Thank you for your consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP

By: Steven Brill

*[Handwritten annotation:]* Application granted provided that the defendant provide Probation with a detailed itinerary and provide Probation with any other details of the travel that Probation requests & stay in touch with the defendant. So ordered.
John G. Koeltl
U.S.D.J.
4/17/25